# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RALPH FULLER,

    Petitioner,

vs.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:14-cv-1783-JCM-CWH

**ORDER**

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. When filing a habeas petition, the petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*.

Due to the lack of an *in forma pauperis* application or filing fee, the present action will be dismissed without prejudice to the filing of a new petition in a new action with a pauper application with all required attachments. It does not appear from the papers presented that a dismissal without prejudice would result in a promptly-filed new petition being untimely. In this regard, plaintiff at all times remains responsible for calculating the running of the limitations period as applied to his case and properly commencing a timely-filed habeas corpus action.

**IT THEREFORE IS ORDERED** that this action is **DISMISSED** without prejudice to the filing of **a new petition in a new action**.

1    **IT IS FURTHER ORDERED** that the Clerk of the Court shall send petitioner two copies
2 of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same,
3 two copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the
4 same.

5    **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he
6 may not file further documents in this action.

7    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.** Reasonable
8 jurists would not find the dismissal of the improperly-commenced action without prejudice to be
9 debatable or wrong.

10    **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

Dated October 31, 2014.

_____
UNITED STATES DISTRICT JUDGE